IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 06-0074 |
| | : | |
| AURELIO CARRAZANA | : | |

**O R D E R**

STENGEL, J.

AND NOW, this 26 day of May, 2009, upon consideration of the defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Document #68), and the government's response thereto (Document #71), it is hereby ORDERED that:

1. The motion is DENIED with prejudice.

2. There is no probable cause to issue a certificate of appealability.

3. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.