### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
:
:
:
v.               :    **CRIMINAL NO. 06-74**
:
:
AURLIO CARRAZANA      :
(Reg No. 60655-066)

### O R D E R

AND NOW this   18th   day of   April      2019, pursuant to the First Step

Act, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in

this case is reduced to time served. The Bureau of Prisons shall have up to 10 days from the

date that it receives this Order to process the defendant's release.

Any and all pending *pro se* motions related to the First Step Act are moot and hereby

**DISMISSED**.

BY THE COURT:

_____
**United States District Court Judge**
Joseph F. Leeson, Jr.